

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Nathaniel Olivas,                      * From the 161st District Court
                                         of Ector County
                                         Trial Court No. B-44,614.

Vs. No. 11-16-00324-CR            * November 8, 2018

The State of Texas,                    * Memorandum Opinion by Bailey, C.J.
                                         (Panel consists of: Bailey, C.J.;
                                         Gray, C.J., sitting by assignment;
                                         and Wright, S.C.J., sitting by
                                         assignment)
                                         (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.